```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 11627
   MICHAEL L NULF
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

       Debtor
   SSN XXX-XX-0046


--------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/07/08 .

   2.  The case was dismissed without confirmation, 06/20/2008.

--------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG          .00          .00           .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE    NOT FILED          .00           .00
21ST CENTURY FINANCIAL     SECURED                .00          .00           .00
FIRST MIDWEST BANK         SECURED                .00          .00           .00
FIRST MIDWEST BANK         SECURED          NOT FILED          .00           .00
CENTURY FARMS HOMEOWNERS   SECURED          NOT FILED          .00           .00
CREDIT ACCEPTANCE          SECURED VEHIC    NOT FILED          .00           .00
HEIGHTS FINANCE CORP       SECURED          NOT FILED          .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED          .00           .00
AMCORE BANK                UNSECURED        NOT FILED          .00           .00
NICOR GAS                  UNSECURED        NOT FILED          .00           .00
TARGET                     UNSECURED        NOT FILED          .00           .00
     Summary of disbursements:
--------------------------------------------------------------------
                      SECURED     PRIORITY    UNSECURED     OTHER        TOTAL
--------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00         .00          .00         .00          .00
PRINCIPAL PAID            .00         .00          .00         .00          .00
INTEREST PAID             .00         .00          .00         .00          .00
TOTAL PAID                .00         .00          .00         .00          .00
The Debtor's attorney, WILLIAM E BROOKS            , was allowed $         .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 09/11/08                    /S/
                                  GLENN STEARNS
```